IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATY JHORIELA PAGOAGA-MURILLO, | * |
| Petitioner, | * |
| v. | *  Civ. No.: MJM-25-3656 |
| KRISTI NOEM, *et al.*, | * |
| Respondents. | * |

\* \* \* \* \* \* \* \* \*

**ORDER**

As discussed on the record during the virtual hearing on November 21, 2025, it is by the United States District Court for the District of Maryland hereby ORDERED that:

1. Petitioner's Amended Motion for a Temporary Restraining Order is DENIED;

2. Respondent shall file an answer and/or motion to dismiss to the Petition for a Writ of Habeas Corpus (ECF No. 1) no later than **Friday, December 5, 2025**;

3. Petitioner shall file her reply and/or response no later than **Friday, December 19, 2025**;

4. A hearing on the Petition for Writ of Habeas and any pending motions is scheduled for **Friday, January 30, 2026, at 3:30 p.m.**; and

5. The parties shall promptly notify the Court of any change in Petitioner's status.

It is so ORDERED this 21st day of November, 2025.

\_\_\_\_\_/S/_____
Matthew J. Maddox
United States District Judge